**No. 59564.**—Murmac Importing Corp. *v.* United States, protests 211787–K, etc. (New York).

Opinion by Johnson, J.  In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 59565.**—Meredith Galleries and R. J. Saunders & Co., Inc. *v.* United States, protests 247272–K and 247273–K (New York).

Opinion by Johnson, J.  In accordance with stipulation of counsel that the merchandise consists of figures or figurines similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.

**No. 59566.**—John L. Westland & Son, Inc. *v.* United States, protest 257873–K (Los Angeles).

Opinion by Johnson, J.  In accordance with rule 5 (b) of the rules of this court, as amended May 25, 1955, effective July 1, 1955, the protest was dismissed for lack of prosecution.